# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOCELYN PEREZ, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs,*<br><br>-vs-<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C; THE ACCOUNTS RETRIEVEABLE SYSTEM INC. d/b/a ARS, LLC.; and JOHN DOES 1-25,<br><br>*Defendants.* | Civil Case No.: 2:20-cv-03809 (SDW)(LDW) |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on September 20, at 10:00 a.m. [ECF No. 58] or as soon thereafter as counsel may be heard, Plaintiff JOCELYN PEREZ, on behalf of herself and all others similarly situated, and Defendant FEIN, SUCH, KAHN & SHEPARD, P.C.[1] (collectively referred to herein as "the Parties") will move this Court before the Honorable Andre M. Espinosa, USMJ, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an Order certifying this case to proceed as a class action for settlement purposes and granting final approval of the Parties' class settlement agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), the Parties rely upon the enclosed Brief and Certification of Joseph K. Jones, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

Dated: New York, New York
September 16, 2022

---

[1] Co-Defendant THE ACCOUNTS RETRIEVABLE SYSTEM INC. d/b/a ARS, LLC ("ARS") was previously dismissed with prejudice. [ECF No. 45]

| | |
|---|---|
| */s Benjamin J. Wolf* <br> Benjamin Wolf, Esq. <br> Jones, Wolf & Kapasi, LLC <br> 375 Passaic Avenue <br> Suite 100 <br> Fairfield, New Jersey 07004 <br> (973) 227-5900 telephone <br> (973) 244-0019 facsimile <br> bwolf@legaljones.com <br> *Attorneys for Plaintiffs* | */s Gregg Tabakin* <br> Gregg Tabakin, Esq. <br> Fein, Such, Kahn & Shepard, P.C. <br> 7 Century Drive, Suite 201 <br> Parsippany, New Jersey 07054 <br> Phone: (973) 867-4507 <br> gtabakin@fskslaw.com <br> *Attorneys for Defendant* |